ENMIENDAS A LAS REGLAS DE PROCEDIMIENTO PARA ACCIONES DIS-
CIPLINARIAS Y DE SEPARACIÓN DEL SERVICIO POR RAZÓN DE SA-
LUD DE JUECES DEL TRIBUNAL DE PRIMERA INSTANCIA Y DEL
TRIBUNAL DE CIRCUITO DE APELACIONES DE PUERTO RICO.

*Número:* ER-99-01          *Resuelto:* 5 de marzo de 1999

## RESOLUCIÓN

Se enmiendan, con vigencia inmediata, las Reglas 1, 2,
19, 24, 26, 33, 35 y 40, y se deroga la definición de *Procu-
rador* de la Regla 3 sobre *Definiciones*, de las Reglas para
Acciones Disciplinarias y de Separación del Servicio por
Razón de Salud de Jueces del Tribunal de Primera Instan-
cia y del Tribunal de Apelaciones de Puerto Rico, 4 L.P.R.A.
Ap. XV-A, para que lean de la manera siguiente:

### Regla 1. Título

Estas reglas serán conocidas como "Reglas de Procedimiento
para Acciones Disciplinarias y de Separación del Servicio por
Razón de Salud de Jueces del Tribunal de Primera Instancia y
del Tribunal de **Circuito** de Apelaciones de Puerto Rico".

**Se dispone que en todo lugar en el Reglamento que se
refiere a Tribunal de Apelaciones se entenderá enmen-
dado para que lea "Tribunal de Circuito de Apelaciones".**

### Regla 2. Fundamento jurídico

Estas reglas son adoptadas al amparo y en conformidad con
las disposiciones del Art. V, Sec. 11 de la Constitución del Es-
tado Libre Asociado de Puerto Rico, L.P.R.A., Tomo 1, y **del Art.
8.001 de la Ley de la Judicatura de Puerto Rico de 1994
(4 L.P.R.A. sec. 23b).**

### Regla 3. Definiciones

[Se deroga la definición de *Procurador*.]

## Regla 19. Notificación de la determinación de existencia de causa

.        .        .        .        .        .        .        .

La Comisión requerirá **de la Oficina de Asuntos Legales o la persona designada por el Director** que presente la querella o petición de separación dentro de los sesenta (60) días siguientes a la notificación de la determinación de causa. El escrito será presentado en la Secretaría del Tribunal.

[Se elimina el último párrafo de la Regla 19 que se refiere a la solicitud de abstención del Procurador para la atención de alguna querella.]

## Regla 24. Notificación de la querella o petición de separación

**Presentada** la querella o petición de separación correspondiente a la determinación previa de causa probable, el Secretario inmediatamente expedirá un mandamiento dirigido al juez, requiriéndole presentar su contestación ante la Comisión dentro de los veinte (20) días siguientes a la notificación y apercibiéndole que el no presentar alegación responsiva escrita y notificada con copia **al funcionario que suscribió la querella,** dentro del término concedido, equivaldrá a su anuencia para que el procedimiento continúe sin el beneficio de tal comparecencia.

## Regla 26. Descubrimiento de prueba

La Comisión concederá **a las partes** un término razonable para utilizar los mecanismos de descubrimiento de prueba y así requerir y someter cualquier otra evidencia que no haya sido obtenida o presentada.

.        .        .        .        .        .        .        .

## Regla 33. Informe de la comisión; reconsideración

.        .        .        .        .        .        .        .

(b) La Comisión notificará el informe **a las partes.**
(c) **Las partes** tendrán un término ....
(e) La Comisión presentará su informe al Tribunal dentro de un término que no excederá cuarenta y cinco (45) días desde la fecha en que quedó sometido y enviará copia **a las partes.** ...

**Regla 35. Resolución; medidas disciplinarias**

.    .    .    .    .    .    .    .

(e) La resolución del Tribunal será notificada por el Secretario a la Comisión, al juez, al promovente y al Director conforme a la reglamentación del Tribunal.

**Regla 40. Cláusula transitoria**

.    .    .    .    .    .    .    .

**(c) Los casos bajo este Reglamento que estén al presente siendo tramitados por el Procurador General de Puerto Rico o uno de los Procuradores Auxiliares de esa oficina podrán continuar hasta la finalización de los mismos.**

**Se autoriza, no obstante, que el abogado que designe el Director se una a la representación en estos procedimientos.**

**Se autoriza a la Directora Administrativa de los Tribunales a revisar el texto de este reglamento para que acoja la política pública respecto a la neutralidad de género en el lenguaje y reproducir el mismo.**

Estas enmiendas entrarán en vigor inmediatamente.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada Señora Naveira de Rodón y el Juez Asociado Señor Fuster Berlingeri no intervinieron.

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*